Terry Hawkins 0175407    U.S. District Court
Tarrant County Jail

Case 4:20-cv-01366-O   Document 1   Filed 12/23/20   Page 1 of 6   PageID 1

4-20CV1366-O

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
DEC 23 2020
CLERK, U.S. DISTRICT COURT
By_____ Deputy
1:08pm

§ 8 Complaint, petition or declarations Allegations -

Jail Conditions Amounting to Cruel and Unusual Punishment violating Eigth Amendment, Sixth Amendment, 14th Amendment of the United States Constitution.

① Tarrant County Jail which is being operated by defendant persuant to state law, was built as a warehouse, and was not designed to hold the capacity of inmates that are here at the present time. Greenbay Jail in Tarrant County is in violation in the cages where we are housed at. 24 men in 32 ft x 24 ft cages 24 bunks They are giving us 2 ft. (Almost?)

② The plumbing system in the jail is antiquated, with the result that toilets leak I'm at 4L01 if you come and look, there's water on the floor at all times. It is unsanitary, and the showers very defferant Temp.

③ Visiting is limited to (NONE) from the Covid 19 virus. Prison Litigation Reform Act paid for tablet time for our familys but we don't get it. There is no facilities or Personel for Social Services, excercise, recreation, reading, rehabilitation, or any other human resources to meet inmate needs.

④ Dislipline is enforced by confinement in one of the two cells in the jail here. The cells are concrete and prisoners are placed without any notice, hearing, or findings, with no right to counsel, and no independant investigation of the incident. The duration of confinement averages. The dislipinary is ran by 3 Corporals (Supervisors) and inmates are always almost found guilty.

By reason of the manner in which defendants operate and maintain (Tarrant County Jail) "Green Bay Facility", Plaintiffs have been and are now subject to unhealthful and unsafe living conditions, including overcrowding inadequate sanitary, (being at risk to the COVID 19 virus (C.D.C.)(Center for Disease Control says a person in my condition Age (56 with Arthritis) will not over come if I contract the virus. My charges are parole violation, failor to ID, posses of Identifying info, tampering with gov. document Drivers lic. I've been here 6 months and I haven't even been to court yet.) And the imposition of discipline with out due process of law. The conduct of defendants has deprived, and continues to deprive, plaintiffs of their rights to counsel under the sixth amendment of the United States Constitution (U.S. Const. Amend VIII), has subjected them to cruel and unusual punishment in the violation of the Eighth Amendment of the United States Constitution (US Const. Amend VIII.) And has denied us due process of law in violation of the 14th amendment to the Constitution of the United States (U.S. Const. Amend. XIV.) 51 A.L.R. 3D 111 Relief Under Federal Civil Rights Acts to State Jails and Prisons. 18 A.L.R. FED 7 ~~Food~~ Unconst. Conditions 24 Am Jur. Proof of Facts 3D. 467.

I declare under penalty of perjury that the foregoing is true and correct 15 Dec. 2020

*[signature]*
Plaintiff

Terry Hawkins 0175407
Pro Se

Terry Hawkins
0175407
V.
Tarrant County
Jail

Case 4:20-cv-01366-O Document 3 Filed 12/23/20 Page 3 of 6 PageID 3

4-20CV1366-O

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
DEC 23 2020
CLERK, U.S. DISTRICT COURT
Deputy

§ 443. Affidavit or Declaration of Indigency in Support of Motion For leave to proceed in Forma Pauperis:

I Terry Hawkins 0175407 being first duly sworn under penalties for perjury, depose And say that I am the petitioner in the above entitled case, that in support of my motion for leave to proceed in forma pauperis And any and all court cost. I state that because of my poverty I am unable to pay the cost of this or this to give security there of. And that I believe I am entitled to redress. I further swear that the responses which I have made to the questions And instructions below relating to my ability to pay the cost of proceeding in this court are true. I am not employed. My last employment was 1997 at $6 a hour. I do not own nothing, bank account, stocks bonds, notes, autos, or property of any kind. I have no dependants. I am homeless And have been for over 2 years.

*Terry H*
pro se

Terry Hawkins 0175407

Subscribed And sworn to under the pains And penalties of perjury this 15th day of December, 2020

4-20CV1366-0

UNITED STATES District Court: (Office of Clerk)

I Am sending this Petition because the standard of this jail is way out of standards. Please forward this Petition And let me know that you got it And I sure would appreciate it. Also I Am Disabled by left leg is (Abnormal) Right knee needs to be replaced. The Doctor told me I couldn't have surgery while I was here because I couldn't get no Rehabilitation. Also I'm 56 years old. So if I need to fill out any form please send it to me And I will fill it out. Thank you And God Bless

*Tony So* (signature)

RECEIVED
DEC 23 2020
1:08pm

Terry Hawkins 075407

TERRY HAWKINS 01754O7
100 N. LAMAR
FT. worth, TX
76196

UNITED STATES DISTRICT COURT OFFICE OF
THE CLERK
NORTHERN DISTRICT OF TEXAS
501 WEST TENTH ST., Room 310
FORT WORTH, TX 76102

76102-364185

(Legal Mail)

TARRANT COUNTY JAIL MAILROOM

Copy #2